# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. _____** |
| v. | : | **DATE FILED: _____** |
| **CORNELL DRUMMOND** | : | **VIOLATIONS:** |
| | | **21 U.S.C. § 841(a)(1) (possession with intent** |
| | : | **to distribute cocaine base ("crack") - 1 count)** |
| | | **21 U.S.C. § 860 (possession with intent to** |
| | : | **distribute cocaine base ("crack") within 1000** |
| | | **feet of a school – 1 count)** |
| | : | **21 U.S.C. § 841(a)(1) (possession with intent** |
| | | **to distribute marijuana - 1 count)** |
| | : | **21 U.S.C. § 860 (possession with intent to** |
| | | **distribute marijuana within 1000 feet of a** |
| | : | **school – 1 count)** |
| | | **18 U.S.C. § 924(c)(1) (possession of a firearm** |
| | : | **in furtherance of a drug trafficking crime - 1** |
| | | **count)** |
| | : | **Notice of forfeiture** |

## INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about September 24, 2007, in Philadelphia, in the Eastern District of

Pennsylvania, defendant

## CORNELL DRUMMOND

knowingly and intentionally possessed with intent to distribute a mixture and substance

containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about September 24, 2007, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**CORNELL DRUMMOND**

knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance, within 1000 feet of the real property comprising the St. Rose of Lima School, a private elementary school located at 1516 N. Wanamaker Street, Philadelphia, Pennsylvania, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

In violation of Title 21, United States Code, Section 860(a).

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about September 24, 2007, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**CORNELL DRUMMOND**

knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1),(b)(1)(D).

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about September 24, 2007, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**CORNELL DRUMMOND**

knowingly and intentionally possessed with intent to distribute a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, within 1000 feet of the real property comprising the St. Rose of Lima School, a private elementary school located at 1516 N. Wanamaker Street, Philadelphia, Pennsylvania, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(D).

In violation of Title 21, United States Code, Section 860(a).

**COUNT FIVE**

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about September 24, 2007, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**CORNELL DRUMMOND**

knowingly possessed a firearm, that is, a TaurusInternational, Model PT111, 9mm semi-automatic handgun, serial # TSD41581, loaded with 9 live rounds, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with the intent to distribute a controlled substance in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 18, United States Code, Section 924(c)(1).

## NOTICE OF FORFEITURE

THE GRAND JURY FURTHER CHARGES THAT:

As a result of the violation of Title 18, United States Code, Section 924(c)(1), set forth in this indictment, defendant

**CORNELL DRUMMOND**

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), the firearms and ammunition involved in the commission of this offense, including, but not limited to:

1. Taurus International, Model PT111, 9mm semi-automatic handgun, serial # TSD41581, and 9 live rounds of ammunition.

All pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d).

**A TRUE BILL:**

_____
**GRAND JURY FOREPERSON**

_____
**PATRICK L. MEEHAN**
**UNITED STATES ATTORNEY**