IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL ACTION |
| v. | : |
| CORNELL DRUMMOND   #61423-066<br>FDC Phila.<br>P.O. Box 562<br>Philadelphia, PA 19105 | : NO. 08-152 |

## AMENDED ORDER REVOKING SUPERVISED RELEASE

AND NOW, this 15TH day of April, 2011, after a hearing in open court sur violation of supervised release, with defendant and counsel being present, and the Court finding the defendant guilty of violation of supervised release, it is

ORDERED AND ADJUDGED that the order of supervised release entered in the above case is revoked; and it is

FURTHER ORDERED AND ADJUDGED that the defendant is committed to the custody of the Director of the U.S. Bureau of Prisons or his authorized representative for imprisonment for a period four (4) months. Upon release from custody, defendant shall serve four (4) years supervised release. All general and special conditions of supervised release originally imposed will remain the same.

BY THE COURT:

_____
MICHAEL M. BAYLSON, J.

cc:   U.S. Marshal (2)
      Probation Office (1)
      Counsel (fax)

4/15/11                    Joanne B. Bryson
Date                       By Whom
Cr-5A (6/93)
O:\JOANNE\ORDERS\08-152.revokeSR.wpd